VINCENT SWEET v. BALDWIN LOCOMOTIVE WORKS.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of MAX BROWN for an Order to Modify an Order of Disbarment and for Reinstatement.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of FRANK W. JACKSON, an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of SAMUEL ROSE for Reinstatement at the Bar of the State of New York.— Motion denied. Present — Finch, P. J., Martin, Townley, Glennon and Untermyer, JJ.

GUARANTY TRUST COMPANY OF NEW YORK, as Substituted Trustee under Indenture Dated July 25, 1929, as Amended by Deed of Variation Dated July 27, 1931, Made between JEAN HARRIS (Formerly JEAN FERRIS) and GUARANTY EXECUTOR AND TRUSTEE COMPANY, LTD., Plaintiff, v. JEAN HARRIS and Another, Respondents, Impleaded with JOHN WAKEFIELD HARRIS and Another, Infants, by JOHN F. KEATING, Their Guardian ad Litem, Appellants.— Judgment so far as appealed from affirmed, with costs to the defendants, respondents, and the appellants separately payable out of the fund. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and grant judgment that the trust has not been revoked.

FAY WEBB VALLEE, Appellant, v. HUBERT PRIOR VALLEE, Respondent.— Orders affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW STONE and Another, Defendants, Impleaded with JEFFERSON PLACE, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM R. WILLCOX, as Trustee in Bankruptcy of the Estate of J. A. M. A. REALTY CORPORATION, Bankrupt, Respondent, v. HENRY W. BULL and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title, etc., to the Real Property Required for the Southerly Extension of Sixth Avenue, from Carmine Street to Laight Street, and the Widening of Watts Street, etc., in the Borough of Manhattan, City of New York, etc.— Supplemental and additional second partial and separate final decree so far as appealed from affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE JOSEPH C. DENNER, Respondent, v. CARL WOERFEL, Appellant, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GEORGE JOSEPH C. DENNER, Respondent, v. CARL WOERFEL, Defendant, Impleaded with HENRY WOERFEL and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.